# UNITED STATES DISTRICT COURT

## Middle District of North Carolina

J.D. BENEFITS, INC and )
J DAVID BATCHELOR, )
                                    )
            Plaintiffs,    )     #1:04CV1
                                    )
v                                  )
                                    )
HARRINGTON WEALTH )
MANAGEMENT, INC., d/b/a )
HARRINGTON WEALTH )
MANAGEMENT COMPANY, )
                                    )
           Defendant.

FILED AUG 26 2005

## J-U-D-G-M-E-N-T

On July 13, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. 636(b) No objections were received by the court within the time prescribed by the statue

The court hereby adopts the Magistrate Judge's Recommendation

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's motion for judgment on the pleadings (docket no. 39) be **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's promissory estoppel claim is **HEREBY DISMISSED** and as to Plaintiff's indemnification claim, the motion is **DENIED**

_____
UNITED STATES DISTRICT JUDGE

DATE: August 26, 2005